# United States District Court
## Violation Notice

**CVB Location Code:** WY4

**Violation Number:** FBLM00BK
**Officer Name:** Norton
**Officer No.:** 2403

FBLM00BK

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 06/17/2025 19:12
**Offense Charged:** FED 36 CFR 261.58A
**Place of Offense:** spread creek- campsite 3

**Offense Description: Factual Basis for Charge**
36 CFR 261.58A - CAMPING TOO LONG

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** Kopydlowski
**First Name:** Kody
**M.I.:** S

**Street Address:**

**City:**  **State:**  **Zip Code:**  **Date of Birth (mm/dd/yyyy):**

**Drivers License No.:**  **CDL:** ☐  **D.L. State:**  **Social Security No.:**

Adult ☐  Juvenile ☐  Sex ☐ M ☐ F  Race  Hair  Eyes  Height  Weight

### VEHICLE

**VIN:**  CMV ☐

**Tag No.:**  **State:**  **Year:**  **Make/Model:** /  **PASS** ☐  **Color:**

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

$ 100.00  Forfeiture Amount
$ 30.00   Processing Fee

**PAY THIS AMOUNT**  $ 130.00  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FBLM00BK

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on     06/17/2025     while exercising my duties as a law enforcement

officer in the                         District of        WY

Pursuant to 16USC 551: Pursuant to 16 USC 551: I Forest Service Law Enforcement Officer Michael NORTON #2403, while exercising my duties on June 17th, 2025, On the Bridger Teton National Forest, in the District of Wyoming, was on uniformed patrol in a marked law enforcement vehicle at approximately 1912 hours. When I contacted two adult subjects at a dispersed campsite #3in the Spread Creek area. At this time, I proceeded to educate both subjects about the 5 days stay limit that was well posted for dispersed recreational camping along this corridor. One of the male subjects who was later identified as Kody KOPYDLOWSKI by his Virginia driver's license. He said he was aware of the five-day camping stay limit that was posted within the immediate vicinity of their camp. He admitted to me on my body worn camera that he and the female subject that was also present at his camp were there for two weeks. Which is a day short of two times the stay limit. The female subject later identified by her state issued learners permit as Meredith Katelyn Mckinze GWYN. She mentioned she was a traveling can in Jackson, Wy and planned to stay at least 30 days and move to different locations on the forest during the duration of her employment in town. Both subjects were educated on the difference between recreational and residential use. I proceeded to give other suggestions on where they could stay, including the town of Jackson, campgrounds in town and other paid campgrounds in the area. The female subject said the vehicle that they were using to get them both to and from town from work for work had broken down. GWYN proceeded to tell me on my body worn camera she purchased a flight to Georgia and picked up a vehicle and drove back across the country to Jackson Wy so that they could continue to get to and from work and return to the Forest.
Based off my personal investigation KOPYDLOWSKI was issued a citation for violating 36 CFR 261.58a. For camping over the stay limit. This citation could have costed both subjects an extra $20.00 per day for camping over the stay limit. The male subject was only cited for the lowest amount.
Both subjects also received warnings for utilizing the National Forest for residential use.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above
and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:     06/17/2025          *Michael Norton*
                Date (mm/dd/yyyy)       Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____

                Date (mm/dd/yyyy)       U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident